In the Matter of JOSEPH E. MACFARLAND, Respondent, against TOWN OF NORTH HEMPSTEAD, Appellant.—

Claimant failed to show that the injuries sustained by him incapacitated him physically or mentally so as to prevent the service of a notice of claim by him or by someone on his behalf within the required time. (*Matter of Johnson* v. *City of New York*, 278 App. Div. 945; *Matter of Sullivan* v. *Town of Babylon*, 277 App. Div. 791, affd. 302 N. Y. 609; *Matter of Donovan* v. *Board of Educ. of Peekskill Union Free School Dist.*, 277 App. Div. 904, affd. 301 N. Y. 739; *Matter of Haas* v. *Incorporated Vil. of Cedarhurst*, 272 App. Div. 1031, affd. 298 N. Y. 757.) Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.